No. 77–404. CITY OF PHILADELPHIA ET AL. *v.* NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. Probable jurisdiction noted.

No. 77–380. ANDRUS, SECRETARY OF THE INTERIOR *v.* CHARLESTONE STONE PRODUCTS CO., INC. C. A. 9th Cir. Certiorari granted.

No. 77–452. MOBIL ALASKA PIPELINE CO. *v.* UNITED STATES ET AL.;

No. 77–457. EXXON PIPELINE CO. *v.* UNITED STATES ET AL.;

No. 77–551. BP PIPELINES, INC. *v.* UNITED STATES ET AL.; and

No. 77–602. ARCO PIPE LINE CO. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.* Reported below: 557 F. 2d 775.

No. 77–5549. TAYLOR *v.* KENTUCKY. Ct. App. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–1776. PEABODY *v.* UNITED STATES;
No. 76–6907. CASON *v.* UNITED STATES; and
No. 76–6926. THARP *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 556 F. 2d 584.

No. 76–1779. CHAZIN *v.* WITKOVICH ET AL. C. A. 9th Cir. Certiorari denied.

---

*See also note, *supra*, p. 961.